FILED

2001 FEB -2 P 6: 26

CLERK, U.S. DISTRICT COURT
DISTRICT OF OREGON
PORTLAND, OREGON

BY_____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| CARMICHELL BELL, ) | |
| ) | |
| Plaintiff, ) | Civil No. 99-327-JE |
| ) | |
| v. ) | VERDICT |
| ) | |
| CLACKAMAS COUNTY, et al, ) | |
| ) | |
| Defendants. ) | |

    1. Has plaintiff, Carl Bell, established by a preponderance of the evidence that his race was a motivating factor in the decision of Clackamas County, acting through one or more of the individual defendants, to terminate his employment?

    YES __✓__   NO _____

    2. Has plaintiff, Carl Bell, established by a preponderance of the evidence: (1) that he complained about racial profiling by Deputy Davis; (2) that such complaint was a substantial motivating factor in the decision of any of the individual defendants to recommend termination; and (3) that such recommendation was a substantial motivating factor in the decision to terminate his employment?

    YES __✓__   NO _____

1 - VERDICT

   3. Has plaintiff, Carl Bell, established by a preponderance of the evidence: (1) that he complained of racial discrimination directed at him by one or more of his field training officers; (2) that such complaint was a substantial motivating factor in the decision of any of the individual defendants to recommend termination; and (3) that such recommendation was a substantial motivating factor in the decision to terminate his employment?

   YES __✓__    NO _____


   4. Has plaintiff, Carl Bell, established by a preponderance of the evidence that his filing of a complaint about the knife incident involving Deputy Davis was a substantial motivating factor in the decision of one or more of the individual defendants to recommend termination, and that such recommendation was a substantial motivating factor in the decision to terminate his employment?

   YES _____    NO __✓__

   If you have answered NO to Questions 1, 2, 3, and 4, then your verdict is in favor of the defendants, and you should not answer any more questions. Your presiding juror should sign and date the verdict form and report to the bailiff.

   If you have answered YES to Questions 1, 2, 3, or 4, go to Question 5.


   5. What is the amount of damages that you find were caused by unlawful conduct of defendants?

   Compensatory  $ __750,000.00__

   Economic      $ __52,446.42__

   Total         $ __802,446.42__

If you awarded damages on Question 5, go to Question 6.


2 - VERDICT

6. Has plaintiff, Carl Bell, established that punitive damages should be awarded against one or more of the individual defendants? If you answer YES as to one or more of the individual defendants, please indicate the amount of punitive damages, if any, that you determine should be awarded against that individual defendant.

| Defendant | YES | NO | Amount |
|---|---|---|---|
| Alan Alderman | ✓ | | $52,446.42 |
| Roxanne Cadotte | ✓ | | $52,446.42 |
| Jeff Davis | ✓ | | $52,446.42 |
| Pat Detloff | ✓ | | $250,000. |
| Jeff Grahn | ✓ | | $52,446.42 |
| Jeff Huva | ✓ | | $52,446.42 |
| Juli Fitzwater Machado | ✓ | | $52,446.42 |
| Michael Machado | ✓ | | $52,446.42 |

When you have unanimously agreed on the answers on this verdict form, your presiding juror should date and sign the verdict form and report to the bailiff.

DATED this _2_ day of _February_, 2001.

_____
Presiding Juror

VERDICT - 3