```
               IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF OREGON

CARMICHELL BELL,            )
                            )
               Plaintiff,   ) Civil No. 99-327-JE
                            )
       v.                   ) JUDGMENT
                            )
CLACKAMAS COUNTY, et al,    )
                            )
               Defendants.  )
_____)
```

JELDERKS, Magistrate Judge:


Based on the jury's verdict dated February 2, 2001 and this court's order dated April 18, 2001, which granted in part and denied in part defendants' post-trial motions,

IT IS ORDERED AND ADJUDGED that judgment is ENTERED in favor of plaintiff Carmichell Bell against defendant Clackamas County in the amount of $802,446.42, and that judgment is ENTERED in favor

JUDGMENT - 1

of plaintiff Carmichell Bell against the individual defendants as follows:  Alan Alderman - $10,000; Roxanne Cadotte - $10,000; Jeff Davis - $10,000; Jeff Grahn - $10,000, Jeff Huva - $10,000; Juli Fitzwater Machado - $10,000; and Michael Machado - $10,000. Interest at 4.07 percent to accrue on the above judgment from February 7, 2001.  Plaintiff is also awarded attorney fees and costs, to be determined by subsequent order.  Pending motions, if any, are DENIED AS MOOT.

    DATED this 18th day of April, 2001.

```
                              /s/  John Jelderks
                              John Jelderks
                              U.S. Magistrate Judge
```

2 - OPINION AND ORDER