```
             IN THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF OREGON

CARMICHELL BELL,         )
                         )
              Plaintiff, ) Civil No. 99-327-JE
                         )
         v.              ) AMENDED JUDGMENT
                         )
CLACKAMAS COUNTY, et al, )
                         )
              Defendants.)
_____)
```

JELDERKS, Magistrate Judge:

    The judgment in this matter is being amended to make it clear that final judgment is entered with respect to defendants Clackamas County Sheriff's Office and Pat Detloff, as an individual.

    Based on earlier orders of the court,

    IT IS ORDERED AND ADJUDGED that judgment is ENTERED in favor of defendants Clackamas County Sheriff's Office and Pat Detloff, as an individual.

AMENDED JUDGMENT - 1

Based on the jury's verdict dated February 2, 2001, and this court's order dated April 18, 2001, which granted in part and denied in part defendants' post-trial motions,

IT IS ORDERED AND ADJUDGED that judgment is ENTERED in favor of plaintiff Carmichell Bell against defendant Clackamas County in the amount of $802,446.42, and that judgment is ENTERED in favor of plaintiff Carmichell Bell against the individual defendants as follows:  Alan Alderman - $10,000; Roxanne Cadotte - $10,000; Jeff Davis - $10,000; Jeff Grahn - $10,000; Jeff Huva - $10,000; Juli Fitzwater Machado - $10,000; and Michael Machado - $10,000. Interest at 4.07 percent to accrue on the above judgment from February 7, 2001.  Plaintiff is also awarded attorney fees, expert witness fees and litigation expenses in the amount of $235,759.07. Pending motions, if any, are DENIED AS MOOT.

DATED this 11th day of July, 2001.

/s/  John Jelderks
John Jelderks
U.S. Magistrate Judge

AMENDED JUDGMENT - 2