JUDGMENT
================================================================================

UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

- - - - - - - - - - - - - -

NO. 01-35508
CT/AG#: CV-99-00327-JE

CARMICHELL BELL

Plaintiff - Appellee

v.

CLACKAMAS COUNTY, a political subdivision of the State of
Oregon; CLACKAMAS COUNTY SHERIFF; JEFF DAVIS, Deputy;
ROXANNE CADOTTE; ALLEN ALDERMAN, Sergeant; JULI FITZWATER;
JEFF HUVA, Deputy; JEFF GRAHN, Deputy; MICHAEL MACHADO,
Lieutenant; PAT DETLOFF, Deputy

Defendants - Appellants

NO. 01-35545
CT/AG#: CVv-99-00327-JE

CARMICHELL BELL

Plaintiff - Appellant

v.

CLACKAMAS COUNTY, a political subdivision of the State of
Oregon; CLACKAMAS COUNTY SHERIFF; JEFF DAVIS, Deputy;
ROXANNE CADOTTE; ALLEN ALDERMAN, Sergeant; JULI FITZWATER;
JEFF HUVA, Deputy; JEFF GRAHN, Deputy; MICHAEL MACHADO,
Lieutenant; PAT DETLOFF, Deputy

Defendants - Appellees

NO. 01-35790
CT/AG#: CV-99-00327-JE

CARMICHELL BELL

       Plaintiff - Appellee

  v.

CLACKAMAS COUNTY, a political subdivision of the State of
Oregon; JEFF DAVIS, Deputy; ROXANNE CADOTTE; ALLEN ALDERMAN,
Sergeant; JULI FITZWATER; JEFF HUVA, Deputy; JEFF GRAHN,
Deputy; MICHAEL MACHADO, Lieutenant

       Defendants - Appellants

     and

PAT DETLOFF, Deputy

       Defendant


NO. 01-35854
CT/AG#: CV-99-00327-JE


CARMICHELL BELL

       Plaintiff - Appellant

  v.

CLACKAMAS COUNTY, a political subdivision of the State of
Oregon; CLACKAMAS COUNTY SHERIFF; JEFF DAVIS, Deputy;
ROXANNE CADOTTE, Deputy; ALLEN ALDERMAN, Sergeant; JULI
FITZWATER, Deputy; JEFF HUVA, Deputy; JEFF GRAHN, Deputy;
MICHAEL MACHADO, Lieutenant; PAT DETLOFF, Deputy

       Defendants - Appellees


----------------------


APPEAL FROM the United States District Court for the

District of Oregon (Portland) .

THIS CAUSE came on to be heard on the Transcript of the Record from the United States District Court for the District of Oregon (Portland) and was duly submitted.

ON CONSIDERATION WHEREOF, It is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is AFFIRMED in part, REVERSED and REMANDED in part.

**COSTS TAXED**

Filed and entered August 20, 2003
   Amended August 29, 2003

A TRUE COPY
ATTEST

CATHY CATTERSON
Clerk of Court

by: _Ruben Talavera_
Deputy Clerk

This certification does constitute the mandate of the court.

UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

**BILL OF COSTS**

For Official Use Only

_Carmichell Bell_ v. _Clackamas County, et al_

CA No. 01-35508
01-35545
01-35790
01-35854

**NOTE:** If you wish to file a bill of costs, it MUST be submitted on this form and filed, with the clerk, with proof of service, within 14 days of the date of entry of judgment, and in accordance with Circuit Rule 39-1. A late bill of costs must be accompanied by a motion showing good cause. Please refer to FRAP 39, 28 U.S.C. § 1920, and Circuit Rule 39-1 when preparing your bill of costs.

The Clerk is requested to tax the following costs against: _____

| COST TAXABLE UNDER FRAP 39, 28 U.S.C. § 1920, Circuit Rule 39-1 | REQUESTED Each column must be completed. | | | | ALLOWED To be completed by the Clerk. | | | |
|---|---|---|---|---|---|---|---|---|
| | No. Of Documents* | Pages per Document | Cost per Page** | Total Cost | No. Of Documents | Pages for Document | Cost for Page | Total Cost |
| Excerpt of Record | 7 | 73 | .126 | 64.39 | | | 64. | 39 |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 20 | 96 | .137 | 263.04 | | | 263. | 04 |
| Cross-Appellant's Reply Brief | 20 | 27 | .164 | 88.56 | | | 88. | 56 |
| Other _Filing Fee for Cross Appeal_ | | | | 105.00 | NOT ALLOWED CR 39-12 | | | |
| | | | TOTAL: $ 520.99 | | | | TOTAL: $ 415. | 99 |

**Other:** Any other requests must be accompanied by a statement explaining why the item(s) should be taxed pursuant to Circuit Rule 39-1. Additional items without such supporting statements will not be considered.

_Attorneys' fees cannot be requested on this form._

\* If more than 7 excerpts or 20 briefs are requested, a statement explaining the excess number must be submitted.

\*\* Costs per page may not exceed 20¢ or actual cost, whichever is less. Circuit Rule 39-1.

I, _Helen T. Dziuba_, swear under penalty of perjury that the services for which costs are taxed were actually and necessarily performed, and that the requested costs were actually expended as listed. The printer's itemized statement showing actual costs per page is attached.

Signature: 

Date: _9-22-03_

Name of Counsel (printed or typed) _Helen T. Dziuba_

Date: _9/2/2003_    Attorney for: _Plaintiff_

Costs are taxed in the amount of $ _415.99_

Clerk of Court

By: _Ruben Talavera_, Deputy Clerk

S:\Forms\APPCKTBILL_OF_COST_FRM.WPD

COPY
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS
FILED
SEP - 3 2003
REV. 11

A TRUE COPY
ATTEST

CATHY CATTERSON
Clerk of Court

by: _Ruben Talavera_
Deputy Clerk

This certification does constitute the mandate of the court.



Stevens-Ness

916 SW 4th Avenue   Portland, Oregon 97204-2092

503-223-3137   503-294-6008 fax   www.stevensness.com

*Legal Forms*  •  *Office Supplies & Furniture*  •  *Legal Briefs*

# Invoice

**Invoice Number:**
E2468

**Invoice Date:**
Apr 8, 2002

**Page:**
1

Sold To:

HELEN T DZIUBA
765 A AVENUE
LAKE OSWEGO, OR   97034

Customer ID:   DZIHELE

| Job Number | Payment Terms | Ship Date | Sales Rep ID |
|---|---|---|---|
| 10360-10359 | Net 1st of Next Month | 4/8/02 | RET-1 |

| Quantity | Item | Description | Amount |
|---|---|---|---|
| 9 | BRIEF PRINTING | APPELLEE'S SUPPLEMENTAL EXCERPT OF RECORD 71 PP + COVER CARMICHELL BELL V CLACKAMAS COUNTY et al   *12.6¢/pg* | 80.70 |
| 26 | BRIEF PRINTING | APPELLEE'S ANSWERING & CROSS APPELLANT'S BRIEF 96 PP + COVERS CARMICHELL BELL V CLACKAMAS COUNTY et al   *13.7¢/pg* | 342.55 |
| 1 | POSTAGE | | 95.52 |

**TOTAL**                    518.77

PLEASE RETAIN THIS INVOICE TO CHECK YOUR STATEMENT AS WE DO NOT ITEMIZE AGAIN.

EXAMINE SHIPMENT PROMPTLY AND NOTIFY US WITHIN 10 DAYS OF ANY
SHORTAGE, DAMAGE OR INCORRECT DELIVERY.

EIN 93-1258407

*POSTED APR 08 2002*



**Stevens-Ness**

916 SW 4th Avenue   Portland, Oregon 97204-2092

503-223-3137   503-294-6008 *fax*   www.stevensness.com

*Legal Forms  •  Office Supplies & Furniture  •  Legal Briefs*

| | Date | Invoice # |
|---|---|---|
| | 06/06/02 | 21796-0 |

Sales Dept.: 999   Route #: SHIP
Salesperson: 142   Page #: 1
P.O. #: 10391

| Customer #: | Ship-to Address: |
|---|---|
| 19490 | |
| HELEN T DZIUBA | HELEN T DZIUBA |
| 765 A AVENUE | 765 A AVENUE |
| LAKE OSWEGO          OR 97034 | LAKE OSWEGO          OR 97034 |

| Item # | Description | Order Qty | Ship Qty | Reg. Price | Disc. % | Net Price | Total Price |
|---|---|---|---|---|---|---|---|
| BRIEF | LAW BRIEF | 25 | 25 | .000 | | 4.260 | 106.50 |
| | CROSS APPELLANT'S REPLY BRIEF 26 PP + COVER | | | | | | |
| | BELL | | | *16.4 ¢ /pg* | | | |
| | V | | | | | | |
| | CLACKAMAS COUNTY | | | | | | |
| FREIGHT | SN  FREIGHT CHARGES | 1 | 1 | .000 | EA | 24.140 | 24.14 |

THANK YOU-PLEASE PAY FROM THIS INVOICE

| | |
|---|---|
| SUB-TOTAL | 130.64 |
| TOTAL | 130.64 |

Terms:   Net due 1st of month following date of purchase. Delinquent after 15th. Interest charged on past due accounts.
Returns:  All returns must be sent back in resalable condition within 30 days of purchase. Special order items not subject to return.
Please pay from this invoice, as we do not itemize again.                                      EIN 93-1258407

Examine shipment promptly and notify us within 10 days of any shortage, damage or incorrect delivery.

## Proof of Service

I hereby certify that I served the foregoing:

## PLAINTIFF – CROSS-APPELLANT CARMICHELL BELL'S BILL OF COSTS

on the attorneys for defendants on **September 2, 2003** by mailing an accurate copy, by

first class mail, postage prepaid addressed as follows:

Bradley F. Tellam
Barran, Liebman, LLP
Suite 2300
601 SW Second Avenue
Portland, OR  97204

Edward S. McGlone III
Clackamas County Counsel
906 Main Street
Oregon City, OR  97045

Dated:  SEPTEMBER 2, 2003

LAW OFFICE OF HELEN T. DZIUBA

By: *Helen J. Dziuba*

Helen T. Dziuba, OSB No. 87210
765 A Avenue
Lake Oswego, OR  97034
503-534-5020