FILED'03 OCT 21 16:35USDC-ORP

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CARMICHELL BELL,<br><br>Plaintiff,<br><br>v.<br><br>CLACKAMAS COUNTY, *et al*<br><br>Defendants. | Case No. 99-327-JE<br><br>**JUDGMENT ON REMAND** |

JELDERKS, Magistrate Judge:

This matter came before this court on the mandate of the United States Court of Appeals for the Ninth Circuit filed in this court on September 25, 2003 which affirmed in part, reversed in part and remanded in part the previous judgments of this court, as well as the order of the United States Court of Appeals for the Ninth Circuit dated October 16, 2003 transferring to this court plaintiff's petition for attorney fees on appeal. This court further being advised of the below stipulation of the parties, NOW THEREFORE;

IT IS ORDERED AND ADJUDGED as follows:

1)  Based on the mandate of the United States Court of Appeals for the Ninth Circuit the judgments previously entered by this court on April 18, 2001 and July 11, 2001 are hereby vacated;

Page 1 - **JUDGMENT ON REMAND**

2) Judgment is ENTERED in favor of plaintiff Carmichell Bell on his retaliation claim against defendant Clackamas County only in the amount of $1,500,000;

3) All claims against the individual defendants Alan Alderman, Roxanne Cadotte, Jeff Davis, Jeff Grahn, Jeff Huva, Juli Fitzwater Machado, Michael Machado, and Pat Detloff are hereby dismissed with prejudice and without costs or fees to any party;

4) The above judgment amount includes any and all sums awarded to plaintiff as attorney fees and costs, both at the trial and on appeal

5) Pending motions, if any, are DENIED AS MOOT.

IT IS FURTHER ORDERED that the clerk is directed to show this judgment as fully satisfied in the records of this court as Defendant County has made payment of $1,500,000 to plaintiff by County check number 15931, receipt of which is acknowledged by plaintiff..

DATED this 21 day of October, 2003.

John Jelderks
U.S. Magistrate Judge

IT IS SO STIPULATED

Helen Dziuba
OF ATTORNEYS FOR PLAINTIFF

Edward S. McGlone III
OF ATTORNEYS FOR DEFENDANTS

Page 2 - **JUDGMENT ON REMAND**