**F I L E D**

OCT 16 2003

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

---

| | |
|---|---|
| CARMICHELL BELL, | No. 01-35508 |
| Plaintiff - Appellee, | D.C. No. CV-99-00327-JE |
| v. | |
| CLACKAMAS COUNTY, a political subdivision of the State of Oregon; CLACKAMAS COUNTY SHERIFF; JEFF DAVIS, Deputy; ROXANNE CADOTTE, Deputy; ALAN ALDERMAN, Sergeant; JULI FITZWATER, Deputy; JEFF HUVA, Deputy; JEFF GRAHN, Deputy; MICHAEL MACHADO, Lieutenant; PAT DETLOFF, Deputy, | ORDER |
| Defendants - Appellants. | |

---

| | |
|---|---|
| CARMICHELL BELL, | No. 01-35545 |
| Plaintiff - Appellant, | D.C. No. CV-99-00327-JE |
| v. | |
| CLACKAMAS COUNTY, a political subdivision of the State of Oregon; | |

FILED 03 OCT 20 12:42 USDC-ORP

CLACKAMAS COUNTY SHERIFF; JEFF
DAVIS, Deputy; ROXANNE CADOTTE,
Deputy; ALAN ALDERMAN, Sergeant;
JULI FITZWATER, Deputy; JEFF HUVA,
Deputy; JEFF GRAHN, Deputy; MICHAEL
MACHADO, Lieutenant; PAT DETLOFF,
Deputy,

        Defendants - Appellees.

CARMICHELL BELL,

        Plaintiff - Appellee,

  v.

CLACKAMAS COUNTY, a political
subdivision of the State of Oregon; JEFF
DAVIS, Deputy; ROXANNE CADOTTE,
Deputy; ALAN ALDERMAN, Sergeant;
JULI FITZWATER, Deputy; JEFF HUVA,
Deputy; JEFF GRAHN, Deputy; MICHAEL
MACHADO, Lieutenant,

        Defendants - Appellants,

    and,

PAT DETLOFF, Deputy,

        Defendant.

No. 01-35790

D.C. No. CV-99-00327-JE

CARMICHELL BELL,

No. 01-35854

<table>
<tr><td>

Plaintiff - Appellant,

v.

CLACKAMAS COUNTY, a political
subdivision of the State of Oregon;
CLACKAMAS COUNTY SHERIFF; JEFF
DAVIS, Deputy; ROXANNE CADOTTE,
Deputy; ALAN ALDERMAN, Sergeant;
JULI FITZWATER, Deputy; JEFF HUVA,
Deputy; JEFF GRAHN, Deputy; MICHAEL
MACHADO, Lieutenant; PAT DETLOFF,
Deputy,

Defendants - Appellees.

</td><td>

D.C. No. CV-99-00327-JE

</td></tr>
</table>

Before: GOODWIN, HUG, and BERZON, Circuit Judges.

Plaintiff's application for attorney's fees is transferred to the district court.

See 9th Cir. R. 39-1.8; Webb v. Ada County, 285 F.3d 829, 841 (9th Cir. 2002)

(citing Am. Jewish Cong. v. City of Beverly Hills, 90 F.3d 379, 386 (9th Cir.

1996) (en banc)).